# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162705 & (37)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff,

and

JANE DOE,
        Appellant,

v

DARRYL TROY HILLIARD,
        Defendant-Appellee.

SC: 162705
COA: 355332
Wayne CC: 20-003749-AR

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 15, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



Clerk

s0323